IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CHRISTY DENISE MILLER,

                Plaintiff,

v.                                   CIVIL ACTION NO. 2:16-cv-12370

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

                Defendant.


**MEMORANDUM OPINION AND ORDER**

On December 20, 2016, the Defendant filed her Complaint (Document 2) in this matter. There are no cross-motions pending. By *Standing Order* (Document 4) entered on December 21, 2016, the action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).

On February 2, 2018, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 10) wherein it is recommended that this Court remand the final decision of the Commissioner for further consideration under sentence four of 42 U.S.C. § 405(g), and dismiss this matter from the Court's docket. Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by February 20, 2018, but none were timely filed.

1

The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *see also Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983) (holding that districts courts may adopt proposed findings and recommendations without explanation in the absence of objections).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge. The Court **REMANDS** the final decision of the Commissioner for further consideration under sentence four of 42 U.S.C. § 405(g), and **DISMISSES** this matter from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this *Memorandum Opinion and Order* to Magistrate Judge Tinsley, counsel of record, and any unrepresented party.

ENTER: February 26, 2018

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA